IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| SEALED, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25CV932 (RCY) |
| | ) | |
| SEALED, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on its own initiative. On November 7, 2025, Plaintiff filed its Complaint (ECF No. 4) in the above captioned matter along with four *ex parte* motions. It has come to the attention of the Court that this matter is substantially related to another case pending in the Richmond Division, Xu'e Chen v. Yangjiangshiliangyilikejiyouxiangongsi (3:25CV703). Because both cases involve the same Plaintiff, the same patents, and apparently many of the same issues, as evidenced by Plaintiff's filing of parallel motions, Plaintiff ought to have proactively notified the Court regarding the relatedness of its actions.

The Court hereby ORDERS that the Clerk REASSIGN this case to United States District Judge David J. Novak so that the Court may consider consolidation of Plaintiff's related matters. Further, Plaintiff SHALL consolidate future filings, in consultation with the Court, to the extent they can and should be adjudicated in relation to the originally filed case.

Let the Clerk send a copy of this Order to counsel of record.

It is so ORDERED.

_____ /s/
Roderick C. Young
United States District Judge

Date: November 12, 2025
Richmond, Virginia